17

ATLANTIC RICHFIELD COMPANY, Claimant, *vs.* STATE OF
ILLINOIS, DEPARTMENT OF BUSINESS AND ECONOMIC
DEVELOPMENT, Respondent.

*Opinion filed July 19, 1973.*

ATLANTIC RICHFIELD COMPANY, Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; DOUGLAS G.
OLSON, Assistant Attorney General, for Respondent.

PER CURIAM.

ATLANTIC RICHFIELD COMPANY, Claimant, *vs.* STATE OF
ILLINOIS, DEPARTMENT OF REVENUE, Respondent.

*Opinion filed July 19, 1973.*

ATLANTIC RICHFIELD COMPANY, Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; WILLIAM E.
WEBBER, Assistant Attorney General, for Respondent.

PER CURIAM.

ATLANTIC RICHFIELD COMPANY, CLAIMANT, *vs.* STATE OF
ILLINOIS, DEPARTMENT OF REVENUE, Respondent.

*Opinion filed July 19, 1973.*

ATLANTIC RICHFIELD COMPANY, Claimant, pro se.